**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Ha Min Pham -and- Lien Pham
          -vs-
Elise L. McCabe -and- Stephen D. Bridge

Case Number:
```
FILED: MAY 20, 2008
08CV2924        PH
JUDGE KENDALL
MAGISTRATE JUDGE MASON
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

   Plaintiffs Ha Min Pham and Lien Pham

| | |
|---|---|
| NAME (Type or print) | |
| Kevin C. Smith | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Kevin C. Smith | |
| FIRM  Rubino, Ruman, Crosmer, Smith, Sersic & Polen | |
| STREET ADDRESS  275 Joliet Street, Suite 330 | |
| CITY/STATE/ZIP  Dyer, Indiana 46311 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6226136 | TELEPHONE NUMBER  219/322-8222 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES  X    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐    NO  X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES  X    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES  X    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |