**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In The Matter Of | Case Number: |
|---|---|
| Ha Min Pham -and- Lien Pham<br>            -vs-<br>Elise L. McCabe -and- Stephen D. Bridge | FILED: MAY 20, 2008<br>08CV2924         PH<br>JUDGE KENDALL<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Plaintiffs Ha Min Pham and Lien Pham.

---

| NAME (Type or print) |
|---|
| Minh C. Wai |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Minh C. Wai |

| FIRM |
|---|
| Law Offices of Minh C. Wai, P.C. |

| STREET ADDRESS 260 East 90th Drive |
|---|

| CITY/STATE/ZIP Merrillville, Indiana 46410 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>219/793-9000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |