## United States District Court for the Northern District of Illinois

Case Number: 08CV2924          Assigned/Issued By: J. N.

Judge Name: KENDALL          Designated Magistrate Judge: MASON

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00       [ ] $5.00

[ ] IFP       [ ] No Fee       [ ] Other _____

[ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____          Receipt #: 2792423_____

Date Payment Rec'd: 5-20-08_____          Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____

[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
    (Type of Writ)

2__ Original and 0__ copies on 5-20-08_____ as to ALL DEFENDANTS_____

C:\wpwin80\docket\feeinfo.frm     03/14/05