IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HA MINH PHAM -and-<br>LIEN PHAM,<br><br>      Plaintiffs,<br><br>      -vs-<br><br>ELISE L. MCCABE -and-<br>STEPHEN D. BRIDGE,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 1:08 CV 2924<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' INITIAL STATUS REPORT

This cause has come before the Court for an Initial Status Hearing. Plaintiffs state as follows:

1. <u>The attorneys of record for each party including the attorney(s) expected to try the case</u>:  Plaintiffs are represented by Attorney Kevin C. Smith and Attorney Minh C. Wai, both expected to try this case.  Defendants are not yet served and, therefore, not yet represented.

2. <u>The basis for federal jurisdiction</u>:  This cause is filed and the Court's jurisdiction is under 28 U.S.C. §1332, Diversity of Citizenship.

3. <u>The nature of the claims asserted in the complaint and any expected counterclaim</u>:  Plaintiffs' claims are founded in tort and are personal injuries as a result of a highway crash on Interstate 80.

4. <u>The name of any party not yet served and the circumstances regarding non-service</u>:  Defendants, Elise L. McCabe and Stephen D. Bridge, are not yet served.  Plaintiffs have discovered through investigation that Defendants are known by names other than their birth names, due to their involvement in the Hari Krishna religion.  Plaintiffs continue to attempt to serve the Defendants, who pursuant to the police report, have addresses in Maine and Texas.

5. <u>The principal legal issues</u>:  Liability for the crash and damages to Plaintiffs.

6. <u>The principal factual issues</u>:  Those inherent in the legal issues cited.

7. <u>Whether a jury trial is expected by either party</u>:  Plaintiffs have requested trial by jury.

8. <u>A short description of any discovery undertaken to date and any anticipated in the future</u>:  None to date.  However, Plaintiffs anticipate Interrogatories and Requests for Production of Documents, as well as taking Defendants' depositions.

9. <u>The earliest date the parties will be ready for trial and the length of the trial</u>:  Unknown until Defendants are served.

10. <u>Whether the parties unanimously consent to proceed before the Magistrate Judge</u>:  Unknown until Defendants are served.

11. <u>The status of any settlement discussions and whether the parties request a settlement conference</u>:  Not applicable at this time.  Plaintiffs will request a Settlement Conference at the appropriate time.

Respectfully submitted,


s/ KEVIN C. SMITH_____
KEVIN C. SMITH - #6226136
RUBINO, RUMAN,
CROSMER, SMITH, SERSIC & POLEN
Attorneys for Plaintiffs
275 Joliet Street - Suite 330
Dyer, Indiana 46311
#219/322-8222

s/ MINH C. WAI_____
MINH C. WAI - #6284581
LAW OFFICES OF MINH C. WAI, P.C.
260 East 90th Drive
Merrillville, Indiana 46410
#219/793-9000


## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following:  NONE AT THIS TIME.


                              s/ KEVIN C. SMITH_____
                              SIGNATURE