## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2924           Assigned/Issued By: j. n.

Judge Name: _____           Designated Magistrate Judge: _____

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP        ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☑ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   
                                       _____
                                       _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____             _____
     *(Type of Writ)*                  _____
                                       *(Type of issuance)*

2 Original and 0 copies on 7-17-08 as to elise l. mccabe; stephen d.
                   *(Date)*
bridge
_____