# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ha Minh Pham, et al.
                    Plaintiff,

v.                                          Case No.: 1:08−cv−02924
                                                     Honorable Virginia M. Kendall

Elise L. McCabe, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff fails to appear.Status hearing is reset to 8/27/2008 at 09:00 AM. Lead counsel is directed to appear on 8/27/2008 at 9:00 am.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.