AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

HA MINH PHAM
-and- LIEN PHAM Plaintiffs

**ALIAS SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 2924

V.

ASSIGNED JUDGE: JUDGE KENDALL

ELISE L. MCCABE
-and- STEPHEN D. BRIDGE, Defendants

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Elise L. McCabe
1044 Camino LaCosta #2066
Austin, TX 78752

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin C. Smith
Rubino, Ruman, Crosmer, Smith, Sersic & Polen
275 Joliet Street
Suite 330
Dyer, Indiana 46311

an answer to the complaint which is herewith served upon you, ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

July 17, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

@ 10:45 AM

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | AUGUST 23, 2008 @ 9:39 AM |
| NAME OF SERVER (PRINT) JEFF KEYTON | TITLE PRIVATE PROCESS ID# SCH-0735 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 1044 CAMINO LA COSTA, APT. 2266, AUSTIN, TX 78752

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  AUG. 23, 2008         X _____
             Date                     Signature of Server

809 Rio Grande St 103
Austin TX 78701

Address of Server

**Affidavit Attached**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

Came to hand on the 21st day of August, 2008, at 10:45 o'clock am, Cause No. 08 CV 2924

Executed at 1044 Camino La Costa, Apt. 2066 Austin, Texas 78752 within the County of Travis at 9:39 o'clock am on the 23rd day of August, 2008, by delivering to the within named:

ELISE L. MCCABE,

in person a true copy of this Alias Summons in a Civil Case together with the attached Complaint, having first endorsed upon such copy of such Summons the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above. I am authorized by written order to serve citation and other notices. I am not less than eighteen (18) years of age.

Service Fee $

| HA MINH PHAM AND LIEN PHAM, Plaintiff V. ELISE L. MCCABE AND STEPHEN D. BRIDGE, Defendant |

By: _____
Jeff Keyton ID# SCH-735
(Authorized Person)

## VERIFICATION

STATE OF TEXAS §
COUNTY OF TRAVIS §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

Given under my hand and seal of office this 23rd day of August, A.D., 2008.

_____
NOTARY PUBLIC, STATE OF TEXAS

39531/Pham

TOTAL P.07