# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

HA MINH PHAM
-and- LIEN PHAM, Plaintiffs

**ALIAS SUMMONS IN A CIVIL CASE**

V.

ELISE L. MCCABE
-and- STEPHEN D. BRIDGE, Defendants

CASE NUMBER: 08 CV 2924

ASSIGNED JUDGE: JUDGE KENDALL

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Stephen D. Bridge
807 East 30th Street, Apt. A
Austin, Texas 78705

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin C. Smith
Rubino, Ruman, Crosmer, Smith, Sersic & Polen
275 Joliet Street
Suite 330
Dyer, Indiana 46311

an answer to the complaint which is herewith served upon you, _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

July 17, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

@ 10:45 AM

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE AUGUST 22, 2008 @ 11:18AM |
| NAME OF SERVER (PRINT) JEFF KEYTON | TITLE PRIVATE PROCESS 10 SCH-0735 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 10700 FONWOOD WAY
AUSTIN, TX 78753

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on AUG. 23, 2008      X _[signature]_
　　　　　　Date　　　　　　　　Signature of Server

_____
Address of Server

**Affidavit Attached**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

Came to hand on the 21st day of August, 2008, at 10:45 o'clock am. Cause No. 08 CV 2924

Executed at 10700 Jonwood Way, Austin, Texas 78753 within the County of Travis at 11:18 o'clock am on the 22nd day of August, 2008, by delivering to the within named:

STEPHEN D. BRIDGE a/k/a SANKARSHAN DAS ADHIKARI,

in person a true copy of this Alias Summons in a Civil Case together with the attached Complaint, having first endorsed upon such copy of such Summons the date of delivery.

I am not a party to or interested in the outcome of the suit referenced above. I am authorized by written order to serve citation and other notices. I am not less than eighteen (18) years of age.

Service Fee $

```
HA MINH PHAM
AND
LIEN PHAM,
                    Plaintiff
V.
ELISE L. MCCABE
AND STEPHEN D. BRIDGE,
                    Defendant
```

By: _____
Jeff Keyton  ID# SCH-735
(Authorized Person)

## VERIFICATION

STATE OF TEXAS  §
COUNTY OF TRAVIS  §

BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

Given under my hand and seal of office this 23rd day of August, A.D., 2008.

_____
NOTARY PUBLIC, STATE OF TEXAS

39530/Pham