**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 2924 |

Ha Minh Pham -and- Lien Pham

-vs-

Elise L. McCabe -and- Stephen D. Bridge

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Ha Minh Pham -and- Lien Pham

| |
|---|
| NAME (Type or print) <br> Carla K. Pyle |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Carla K. Pyle |
| FIRM Rubino, Ruman, Crosmer, Smith, Sersic & Polen |
| STREET ADDRESS 275 Joliet Street, Suite 330 |
| CITY/STATE/ZIP Dyer, Indiana 46311 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 25803-64 | TELEPHONE NUMBER <br> 219/322-8222 |
|---|---|

| | | | | |
|---|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | YES X | | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | YES ☐ | | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | YES X | | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES X | | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐